JULIE GORDON KITZIGER

VERSUS

MICHAEL F. MIRE

NO. 19-C-87

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

October 22, 2019

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Marc E. Johnson, and Robert A. Chaisson

**DENIED**

     **RAC**
     **FHW**
     **MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>10/22/2019</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

**MARY E. LEGNON**
INTERIM CLERK OF COURT

**19-C-87**

**E-NOTIFIED**

Matthew A. Sherman (Respondent)          Patrick R. Follette (Respondent)

**MAILED**

Andrew P. Burnside (Relator)          David R. Sherman (Respondent)
Attorney at Law          Nicholas R. Varisco (Respondent)
701 Poydras Street          Attorneys at Law
Suite 3500          One Galleria Boulevard
New Orleans, LA 70139          Suite 1100
          Metairie, LA 70001